DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
QUANTINE JUPREE DUNBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> QUANTINE JUPREE DUNBAR, <br><br> Defendant. | NO. 1:09-cr-0200 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER <br><br> Date:  December 7, 2009 <br> Time:  9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for November 2, 2009, **may be continued to December 7, 2009, at 9:00 a.m.**

This reason for the continuance is because the defense is awaiting documents from Mr. Dunbar's state court conviction and sentence in the same matter. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

////

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                              LAWRENCE BROWN
                                              United States Attorney


DATED:  October 28, 2009           By:    /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Defender


DATED:  October 28, 2009           By:    /s/ Ann H. Voris
                                          ANN H. VORIS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Quantine Jupree Dunbar
```

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:     October 28, 2009                         /s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; Order                                  −2−