Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | QUANTINE JUPREE DUNBAR |
| **Docket Number:** | 1:09CR00200-001 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02/22/2010 |
| **Original Offense:** | 18 USC 922(g)(1), Felon in Possession of Firearm<br>(CLASS C FELONY) |
| **Original Sentence:** | 30 months Bureau of Prisons; 36 months supervised release; $100 special assessment; and mandatory drug testing. |
| **Special Conditions:** | 1) Search, 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) No alcohol; 5) Mental health treatment; 6) Not associate with gang member/disruptive group; 7) Aftercare co-payment. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 06/22/2011 |
| **Assistant U.S. Attorney:** | Kimberly Sanchez        **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Ann Voris               **Telephone:** (559) 487-5561 |

**Other Court Action:**

**11/01/2011:**   Probation Form 12A, Report of Offender Non-Compliance, alleging new law violation and positive drug test. The Court approves Probation Officer's plan allowing offender to remain in the community pending resolution of new law violation.

RE:     **QUANTINE JUPREE DUNBAR**
        **Docket Number: 1:09CR00200-001 AWI**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| **11/16/2011:** | Probation Form 12C, Petition for Warrant, alleging drug use, new law violations and association with prohibited persons. Court orders warrant for arrest. |
| **01/23/2012:** | Sentenced to 6 months Bureau of Prisons; 30 months supervised release; and mandatory testing. |
| | Special Conditions:  1) Search; 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) No alcohol; 5) Mental health counseling; 6) Aftercare co-payment; 7) Shall not association with gang members; 8) Inpatient treatment for 60 days; and 9) 20 hours unpaid community service until employed at least 30 hours per week. |
| **05/11/2012:** | Supervision re-commenced. |
| **02/08/2013:** | Probation Form 12A, Report of Offender Non-Compliance, alleging illicit drug use and his failure to drug test. The Court approved Probation Officer's plan allowing offender to remain in the community and participate in treatment. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1.     The defendant shall reside and participate in Turning Point Residential Reentry Center, for a period of up to 180 days; said placement shall commence at the direction of the United States Probation Officer, pursuant to 18 USC 3563(b) (11). The cost of confinement is waived.

## NON-COMPLIANCE SUMMARY

**RE:    QUANTINE JUPREE DUNBAR**
      **Docket Number: 1:09CR00200-001 AWI**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**ILLICIT DRUG USE**

On May 13, 2013, and June 17, 2013, the offender submitted a urine specimen which returned positive for cocaine; in violation of the general condition ordering him to refrain from any unlawful use of a controlled substance.

**FAILURE TO DRUG TEST**

On March 9, 2013, and March 19, 2013, the offender failed to submit to scheduled drug testing; in violation of the special condition ordering him to participate in a program of testing as directed by the probation officer.

**FAILURE TO PARTICIPATE IN COUNSELING**

On February 26, 2013, April 2, 2013, April 16, 2013, May 13, 2013, May 28, 2013, June 11, 2013, and June 25, 2013, the offender failed to participate in drug counseling; in violation of the special condition ordering him to participate in a program of drug and alcohol treatment as directed by the probation officer.

**Justification:** The offender has been struggled to comply with his conditions of supervision. The offender has routinely failed to appear for counseling and recently tested positive to the use of cocaine on two occasions. The offender is also unemployed and seems to be unmotivated to make positive changes in his life.

Given these circumstances, it is recommended his conditions of supervision are modified to include that he reside in the Residential Reentry Center (RRC) for up to 180 days. Should the offender find stable employment, he will be released after 60 days in the RRC and allowed to continue in community based treatment. It is noted the offender has signed a Probation 49 - Waiver, agreeing to this modification.

**RE:    QUANTINE JUPREE DUNBAR**
   **Docket Number: 1:09CR00200-001 AWI**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Tim D. Mechem
**TIM D. MECHEM**
**Senior United States Probation Officer**
Telephone: (559) 499-5731

**DATED:**   July 2, 2013
   Fresno, California

**REVIEWED BY:**   /s/ Hubert J. Alvarez
   **HUBERT J. ALVAREZ**
   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

Dated:   July 5, 2013

_____
SENIOR  DISTRICT  JUDGE